Roger D. MOSBY, Appellant,

v.

Larry NORRIS, Director, Arkansas Department of Correction; G. David Guntharp, Deputy Director, Arkansas Department of Correction; Max Mobley, Deputy Director of Health Correctional Programs, Arkansas Department of Correction; Terry Campbell, Former Warden, Maximum Security Unit, Arkansas Department of Correction; Randall Morgan, Former Warden, Maximum Security Unit, Arkansas Department of Correction, Appellees.

No. 04–2051.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 7, 2006.

Decided Feb. 17, 2006.

Roger D. Mosby, Tucker, AR, pro se.

C. Joseph Cordi, Jr., Stephanie L. Mays, John Kevin Coker, Attorney General's Office, Little Rock, AR, for Appellees.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate Roger D. Mosby appeals the district court's [1] adverse grant of judgment, following a bench trial, in his 42

---

1. The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

U.S.C. § 1983 action. Having carefully reviewed the record, including the trial transcript, we affirm for the reasons stated in the district court's thorough and well-reasoned opinion. *See Estate of Davis v. Delo,* 115 F.3d 1388, 1393 (8th Cir.1997) (standard of review). We deny Mosby's motion to obtain electronic recordings of the trial.

Accordingly, we affirm. *See* 8th Cir. 47B.